# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) | CASE NO. 1:08CV2775 |
| Plaintiff(s), | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| | ) | |
| DEMETRIUS JONES, et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

Pursuant to 28 U.S.C. 455, the Court  recuses himself from the above-captioned

matter.  The Court directs that this action be returned to the Clerk of Court for reassignment.

IT IS SO ORDERED.

S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

CASE REASSIGNED TO:  JUDGE DONALD NUGENT

January 27, 2009